# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICK WAYNE MCCLENAHEN,**

    **Plaintiff,**

-vs-                                               **Case No. 6:09-cv-303-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. No. 47) filed January 7, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. 56), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 2, 2010 (Doc. No. 55) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the Amended Complaint should be dismissed for lack of subject matter jurisdiction under 42 U.S.C. § 405(g). Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6th___ day of May, 2010.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge