# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICK WAYNE MCCLENAHEN,**

**Plaintiff,**

-vs-                                                    **Case No.  6:09-cv-303-Orl-28GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Reopen Case (Doc. No. 59) filed October 25, 2010.   The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection to the Report and Recommendation (Doc. 68), Plaintiff's objection is overruled.  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed January 5, 2011 (Doc. No. 66) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Court finds that Plaintiff has not exhausted his administrative remedies and therefore this Court lacks subject matter jurisdiction over Plaintiff's Amended Complaint.

3.     Plaintiff's Motion to Reopen Case (Doc. No. 59) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10th___ day of February, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge